January 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ALMOND MITCHELL, Appellant

NO. 14-12-01091-CV                    V.

STELLA MITCHELL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 27, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Almond Mitchell.

We further order this decision certified below for observance.